# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITTI RUTH PAYNE a/k/a KITTI RUTH POWER,<br><br>             Plaintiff,<br><br>    v.<br><br>PUBLISHERS CLEARING HOUSE, INC. d/b/a PCH LOTTO a/k/a PUBLISHERS CLEARING HOUSE a/k/a PCH a/k/a THE CLEARING HOUSE,<br><br>             Defendants.<br>_____/ | Case No.  1:15-cv-01453---SKO<br><br>**ORDER STRIKING PLAINTIFF'S MOTION TO REQUEST PERMISSION TO UTILIZE ELECTRONIC FILING AND SERVICE**<br><br>(Doc. No. 7) |

On October 27, 2015, Plaintiff Kitti Ruth Payne ("Plaintiff") filed a motion "to request permission to utilize electronic service." (Doc. 7.)[1] This motion is duplicative of the motion "for permission to utilize electronic service and filing" she filed on September 29, 2015. (*Compare* Docs. 4; 7.)

Plaintiff's first motion was addressed by an order dated October 13, 2015 (Doc. 5), and the second motion is HEREBY ORDERED STRICKEN from the record as it is duplicative of the

---

[1] In her motion, Plaintiff also requests that the United States Marshals be ordered to serve the summons and complaint on Defendant. (Doc. 7.) Plaintiff's request is premature, however, as her amended complaint has not yet been screened by the Court pursuant to 28 U.S.C. § 1915(e)(2).

1  motion addressed by the Court on October 13, 2015.

IT IS SO ORDERED.

Dated:   **October 28, 2015**                                    **/s/ Sheila K. Oberto**
                                                                                        UNITED STATES MAGISTRATE JUDGE

2